[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 329.]

THE STATE EX REL. COOPER, APPELLEE, *v.* UNITED PARCEL SERVICE ET AL.,
APPELLANTS.

[Cite as *State ex rel. Cooper v. United Parcel Serv.*, 1998-Ohio-98.]

*Workers' compensation—Court of appeals' judgment affirmed on authority of State ex rel. Russell v. Indus. Comm.*

(No. 97-988—Submitted September 16, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD06-824.

————————————

*Mark B. Weisser*, for appellee.

*Garvin & Hickey, L.L.C.*, and *Preston J. Garvin*, for appellant United Parcel Service.

*Betty D. Montgomery*, Attorney General, and *Miltina A. Gavia*, Assistant Attorney General, for appellants Industrial Commission and Bureau of Workers' Compensation.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————